■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET M. LIN, on Behalf of HELMAN VASQUEZ, Petitioner, v JOSEPH PONTE, Respondent. [33 NYS3d 903]—Writ of habeas corpus in the nature of an application for bail reduction upon Queens County docket No. 2016QN025455 and to release the petitioner on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Dickerson, J.P., Miller, LaSalle and Barros, JJ., concur.